EXHIBIT A

1

2  RICHARD ALEXANDER, Cal. Bar #48432
   JEFFREY W/ RICKARD, Cal. Bar #125180
3  RYAN M. HAGAN, Cal Bar #200850
   ALEXANDER, HAWES & AUDET, LLP
4  152 North Third Street, Suite 600
   San Jose, CA 95112
5  Telephone:  (408) 289-1776
   Facsimile:  (408) 287-1776
6  **Attorneys for Plaintiff(s)**

7  RANDALL C. CREECH, Cal. Bar #65542
   CREECH, LIEBOW & KRAUS
8  333 West San Carlos Street
   Suite 1600
9  San Jose, CA  95110
   Telephone:  (408) 993-9911
10 Facsimile:  (408) 993-1335

11
   THOMAS M. CARNEY, admitted *pro hac vice*
12 CAROL A. RUTTER, admitted *pro hac vice*
   HUSCH & EPPENBERGER, LLC
13 190 Carondelet Plaza, Suite 600
   St. Louis, MO  63105-3441
14 Telephone:  (314) 480-1500
   Facsimile:  (314) 480-1505
15 **Attorneys for Defendant Olin Corporation**

   **E-FILED 8/11/2005**

16            UNITED STATES DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION
17

18 AUSTIN ATENCIO AND                    )   Case No.:  C 03-01843 RMW
   ANAIDA ATENCIO,                       )
19                                        )   **STIPULATION FOR DISMISSAL WITH**
                                          )   **PREJUDICE OF DEFENDANT OLIN**
20            Plaintiffs,                 )   **CORPORATION BY PLAINTIFFS**
                                          )   **AUSTIN ATENCIO AND ANAIDA**
21 v.                                     )   **ATENCIO**
                                          )
22 OLIN CORPORATION, et al.,              )
                                          )
23            Defendants.                 )

24 ─────────────────────────────

25

26         Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Austin Atencio and Anaida Atencio and

27 Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P.

28 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Austin

2056015.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Austin Atencio and Anaida Atencio - 1**

1  Atencio and Anaida Atencio as to defendant Olin Corporation. All parties to bear their own

2  costs and legal fees incurred to date in this action.

3  Dated: _8/4/05_

4

5                              Respectfully submitted,

6

7  ALEXANDER, HAWES & AUDET, LLP

8
   By: _____
9        RICHARD D ALEXANDER, Cal. Bar #48432
         JEFFREY W/ RICKARD, Cal. Bar #125180
10       RYAN M. HAGAN, Cal Bar #200850
         152 North Third Street, Suite 600
11       San Jose, CA 95112
         Telephone: (408) 289-1776
12       Facsimile: (408) 287-1776

13 Attorneys for Plaintiffs Austin Atencio and Anaida Atencio

14

15 HUSCH & EPPENBERGER, LLC

16
   By: ___/s/ Carol A. Rutter_____
17       THOMAS M. CARNEY, admitted *pro hac vice*
         CAROL A. RUTTER, admitted *pro hac vice*
18       190 Carondelet Plaza, Suite 600
         St. Louis, MO  63105-3441
19       Telephone: (314) 480-1500
         Facsimile: (314) 480-1505

20
         RANDALL C. CREECH, Cal. Bar #65542
21       CREECH, LIEBOW & KRAUS
         333 West San Carlos Street
22       Suite 1600
         San Jose, CA  95110
23       Telephone: (408) 993-9911
         Facsimile: (408) 993-1335
24
25 Attorneys for Defendant Olin Corporation

26

27

28

2056015.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Austin Atencio and Anaida Atencio - 2**

1

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

3  | AUSTIN ATENCIO AND ANAIDA          )    Case No.:  C 03-01684 RMW
ATENCIO,

4  |                                   )    **ORDER DISMISSING WITH
PREJUDICE DEFENDANT OLIN

5  |          Plaintiffs,              )    CORPORATION BY PLAINTIFFS
AUSTIN ATENCIO AND ANAIDA

6  | v.                                )    ATENCIO**

7  | OLIN CORPORATION, et al.,         )

8  |          Defendants.             )

9

10      THIS MATTER coming on the motion of Plaintiffs Austin Atencio and Anaida

11  Atencio and Defendant Olin Corporation, for an order of dismissal with prejudice against

12  the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

13

14      IT IS HEREBY ORDERED

15      Plaintiffs Austin Atencio and Anaida Atencio's claims against Defendant Olin

16  Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party

17  shall bear their own costs and legal fees incurred to date in this action.

18                          SO ORDERED:

19

20  AUG 1 1 2005      _Ronald M. Whyte_

21

22

23

24

25

26

27

28

2056015.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs
Austin Atencio and Anaida Atencio - 3**